UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BALKRISHNA SETTY, individually and as general partner in Shrinivas Sugandhalaya Partnership with Nagraj Setty; and SHRINIVAS SUGANDHALAYA (BNG) LLP,<br><br>Plaintiffs,<br><br>-vs.-<br><br>SHRINIVAS SUGANDHALAYA LLP and R. EXPO (USA) INC.,<br><br>Defendants,<br><br>AMAZON.COM SERVICES LLC.<br><br>Garnishee. | Misc. Action No. 2:26-mc-00034-JHC<br><br>**APPLICATION FOR WRIT OF GARNISHMENT** |

## I. APPLICATION

I, Benjamin J. Hodges, hereby declare

1. I am counsel for Plaintiffs, judgment creditors, in the above captioned case and make this application for issuance of a writ of garnishment.

2. The Plaintiffs have a judgment wholly unsatisfied against the defendants in this Court, from which the writ is being sought, entered on December 22, 2025 in Case No. C17-1146-MLP. A copy of the judgment is attached to this application as **Exhibit A**.



FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

3. The amount due under that judgment is (1) $4,931,388.00 for damages; (2) $3,771,777.95 for prejudgment interest; (3) $685,865.90 for attorneys' fees; and (4) $116,555.58 for costs and expenses, plus interest and estimated garnishment costs as indicated in the writ.

4. Plaintiff has reason to believe, and does believe that the garnishee, Amazon.com Services LLC, whose business location is 410 Terry Avenue North, Seattle, WA 98109, is:

[X] indebted to the defendant in amounts exceeding those exempted from garnishment by any state or federal law; or

[X] the garnishee has possession or control of personal property or effects belonging to the defendant which are not exempted from garnishment by any state or federal law.

5. The garnishee is believed not to be the judgment debtor's employer.

## II. CERTIFICATION

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 26th day of May 2026 at Seattle, Washington

By: *<u>/s/ Benjamin J. Hodges</u>*
Benjamin J. Hodges



FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

EXHIBIT A

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BALKRISHNA SETTY, *et al.*,

Plaintiffs,

v.

SHRINIVAS SUGANDHALAYA LLP, *et al.*,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C17-1146-MLP

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Default judgment is entered in Plaintiffs' favor for the following amounts: (1) $4,931,388.00 for damages; (2) $3,771,777.95 for prejudgment interest; (3) $685,865.90 for attorneys' fees; and (4) $116,555.58 for costs and expenses. In addition, Defendant is permanently enjoined as specified in the Court's Order.

Dated December 22, 2025.

Ravi Subramanian
Clerk of Court

s/Tim Farrell
Deputy Clerk